Tom WALTON, Appellant,

v.

Marlen R. OWENS and Yale and Towne Manufacturing Company, Appellees.

No. 16287.

United States Court of Appeals
Fifth Circuit.

Nov. 13, 1957.

For former opinion see 5 Cir., 244 F.2d 383.

Before HUTCHESON, Chief Judge, and RIVES and BROWN, Circuit Judges.

PER CURIAM.

It is ordered that the Petition for Rehearing filed in the above entitled and numbered cause be, and the same is, hereby denied.

HUTCHESON, Chief Judge, dissents.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

KREY PACKING COMPANY.

No. 15843.

United States Court of Appeals
Eighth Circuit.

Aug. 6, 1957.

Stephen Leonard, Assoc. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

LOCAL NO. 545, AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA, AFL-CIO.

No. 15844.

United States Court of Appeals
Eighth Circuit.

Aug. 6, 1957.

Stephen Leonard, Assoc. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board Enforced, on petition for enforcement and stipulation filed with Board.

George W. O'MALLEY, John A. O'Malley, Administrator of the Estate of George W. O'Malley, Deceased, Appellant,

v.

Julia H. O'CONNOR.

No. 15834.

United States Court of Appeals
Eighth Circuit.

Aug. 12, 1957.

William C. Spire, U. S. Atty., and Robert H. Berkshire, Asst. U. S. Atty., Omaha, Neb., for appellant.

Paul L. Martin, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by counsel for appellant.